AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Ruben Dario TARANGO-RUIZ<br>(YOB 1987)<br><br>*Defendant(s)* | Case No. MJ 25-1785 LF |

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 20, 2025** in the county of **Bernalillo** in the **_____** District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b) | 8 U.S.C. §§ 1326 (a) and (b): an alien, who has been excluded, deported or removed from the United States, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States and was found in the United States, in the State and District of New Mexico, unlawfully. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew D. Salcido Deportation Officer
*Printed name and title*

Sworn to me telephonically and subscribed electronically.

Date: May 20, 2025

_____
*Judge's signature*

City and state: Albuquerque, New Mexico

Honorable Laura Fashing  Magistrate Judge
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**

    **V.**

Ruben Dario TARANGO-RUIZ
    (YOB: 1987)

### AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE ARREST

I, Deportation Officer (DO) Matthew Salcido, duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

Your affiant is a Deportation Officer (DO) with the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), and has been employed by ICE as such since July of 2011. Your affiant was an Immigration Enforcement Agent with ICE ERO from March of 2007 to July of 2011. Prior to March of 2007, your affiant was a Customs and Border Protection Officer with United States Customs and Border Protection since March 2005. Your affiant is currently assigned to the Assistant Field Office Director, Albuquerque, New Mexico where it is your affiant's duties to investigate violations of Immigration law.

The information contained in this affidavit is not an exhaustive account of everything your affiant knows about this case. Rather, it contains only the facts that your affiant believes are necessary to establish probable cause in support of a criminal complaint against Ruben Dario TARANGO-RUIZ for a violation of Title 8, United States Code, §§ 1326(a) and (b).

### DETAILS OF INVESTIGATION

On May 20, 2025, DO Salcido was contacted by United States Marshals Service regarding TARANGO-RUIZ who was being sought for an outstanding warrant for Murder in the First Degree issued out of Denver County Colorado (NIC W915060346).

DO Salcido conducted records checks and found that TARANGO-RUIZ was previously issued alien number XXX XXX 389 and FBI # XXXXXXJC8. A review of said Alien number and FBI number revealed that TARANGO-RUIZ was issued an expedited removal order on March 26, 2005, and removed to Mexico the same day.

DO Salcido conducted an exhaustive review of all pertinent indices and found that TARANGO-RUIZ had not applied for nor received permission from the Secretary of Homeland Security, or a designee, to reenter the United States after having been removed.

At approximately 1230 hours, DO Salcido, USMS and Bernalillo County Sheriff's office arrested TARANGO-RUIZ without incident. DO Salcido took custody of TARANGO-RUIZ and transported him to the ICE office in Albuquerque, NM.

At the ICE office, DO Salcido submitted TARANGO-RUIZ's fingerprints and electronically compared them with archived records maintained by DHS. Fingerprint records verified that TARANGO-RUIZ was previously removed from the United States and previously issued alien number XXX XXX 389

Based on the foregoing, I believe that there is probable cause that, in the State and District of New Mexico, Ru ben Dario TARANGO-RUIZ is in violation of Title 8, United States Code, §§ 1326 (a) and (b), Reentry of a Removed Alien.

_____
Matthew D. Salcido
Deportation Officer

Subscribed electronically and sworn to me telephonically.
this ~~XX~~th day of May 2025:
20th

_____
Honorable Laura Fashing
United States Magistrate Judge